1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DIAZ-SANCHEZ,<br><br>              Petitioner,<br><br>     v.<br><br>MICHAEL F. MARTEL and JEFFREY BEARD,<br><br>              Respondent. | Case No. 1:14-CV-01204-SMS  HC<br><br>ORDER DIRECTING<br>CLERK OF COURT<br>TO AMEND CAPTION<br><br>(Doc. 11) |

Petitioner Gilberto Diaz-Sanchez has advised the Court that Michael F. Martel is no longer the warden at Ironwood State Prison, having been replaced by Neil McDowell.  Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to delete Mr. Martel's name from the caption and replace it with the name of Neil McDowell.  The designation of Jeffrey Beard as the second respondent remains unchanged.

IT IS SO ORDERED.

Dated:   **February 3, 2015**             **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

1