UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO DIAZ-SANCHEZ,<br><br>  Petitioner,<br><br>  v.<br><br>LUIS MARTINEZ and KATHLEEN ALLISON,[1]<br><br>  Respondents. | No. 1:14-cv-01204-ADA-SKO (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE LUIS MARTINEZ AND KATHLEEN ALLISON AS RESPONDENTS**<br>**(Doc. 97)**<br><br>**ORDER DIRECTING PETITIONER TO SUBMIT STATUS REPORT**<br><br>**[DEADLINE: 30 DAYS]** |

   Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 15, 2018, the District Court granted Petitioner's motion for stay. (Doc. 66.) On July 3, 2019, the Court granted Petitioner's motion to modify the stay. (Doc. 83.) Pursuant to the Court's order, Petitioner was directed to file a status report every ninety (90) days. Petitioner was also directed to file a motion to lift the stay and an amended petition setting forth all exhausted claims within thirty (30) days of the final order from the California Supreme Court resolving the unexhausted claims. The last status report received by the Court was on August 2, 2022. (Doc. 98.)

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Luis Martinez and Kathleen Allison are hereby substituted as Respondents in this matter.

1

Accordingly, Petitioner is DIRECTED to file a status report within (30) days of the date of service of this order.  Petitioner is advised that failure to comply with this order will result in a recommendation that the case be dismissed.

IT IS SO ORDERED.

Dated:     **April 18, 2023**                                  /s/ *Sheila K. Oberto*                   .
                                                                              UNITED STATES MAGISTRATE JUDGE