1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     GILBERTO DIAZ-SANCHEZ,                    No.  1:14-cv-01204-ADA-SKO (HC)

12                    Petitioner,                ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
13          v.
                                                 (ECF No. 101)
14     LUIS MARTINEZ and KATHLEEN
       ALLISON,                                  ORDER DISMISSING PETITION FOR WRIT
15                                               OF HABEAS CORPUS AND DIRECTING
                    Respondents.                 CLERK OF COURT TO ENTER JUDGMENT
16                                               AND CLOSE CASE

17                                               ORDER DECLINING TO ISSUE
                                                 CERTIFICATE OF APPEALABILITY
18

19          Petitioner Gilberto Diaz-Sanchez ("Petitioner") is a state prisoner proceeding with counsel

20     with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to

21     a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22          On May 31, 2023, the assigned Magistrate Judge issued findings and recommendations to

23     dismiss the petition.  (ECF No. 101.)  Those findings and recommendations were served upon all

24     parties and contained notice that any objections thereto were to be filed within twenty-one days

25     after service.  (*Id.* at 2.)  No objections have been filed, and the deadline to do so has expired.

26          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a

27     *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

28     Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

                                                 1

1    In addition, the Court declines to issue a certificate of appealability.  A state prisoner

2  seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his

3  petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S.

4  322, 335-336 (2003).  The controlling statute in determining whether to issue a certificate of

5  appealability is 28 U.S.C. § 2253, which provides as follows:

6        (a)     In a habeas corpus proceeding or a proceeding under section 2255 before a
         district judge, the final order shall be subject to review, on appeal, by the court of
7        appeals for the circuit in which the proceeding is held.

8        (b)     There shall be no right of appeal from a final order in a proceeding to test
         the validity of a warrant to remove to another district or place for commitment or
9        trial a person charged with a criminal offense against the United States, or to test
         the validity of such person's detention pending removal proceedings.
10
         (c)     (1) Unless a circuit justice or judge issues a certificate of appealability, an
11       appeal may not be taken to the court of appeals from—

12              (A) the final order in a habeas corpus proceeding in which the
                detention complained of arises out of process issued by a State
13              court; or

14              (B) the final order in a proceeding under section 2255.

15       (2) A certificate of appealability may issue under paragraph (1) only if the
         applicant has made a substantial showing of the denial of a constitutional
16       right.

17       (3) The certificate of appealability under paragraph (1) shall indicate which
         specific issue or issues satisfy the showing required by paragraph (2).
18

19    If a court denies a petitioner's petition, the court may only issue a certificate of appealability

20  when a petitioner makes a substantial showing of the denial of a constitutional right.  28 U.S.C. §

21  2253(c)(2).  To make a substantial showing, the petitioner must establish that "reasonable jurists

22  could debate whether (or, for that matter, agree that) the petition should have been resolved in a

23  different manner or that the issues presented were 'adequate to deserve encouragement to proceed

24  further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880,

25  893 (1983)).

26    In the present case, the Court finds that Petitioner has not made the required substantial

27  showing of the denial of a constitutional right to justify the issuance of a certificate of appealability.

28  Reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal

1   habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Thus,

2   the Court declines to issue a certificate of appealability.

3        Accordingly,

4        1.    The findings and recommendations issued on May 31, 2023, (ECF No. 101), are

5              adopted in full;

6        2.    The petition for writ of habeas corpus is dismissed;

7        3.    The Clerk of Court is directed to enter judgment and close the case; and

8        4.    The Court declines to issue a certificate of appealability.

9

10

11   IT IS SO ORDERED.

12      Dated:    September 12, 2023                                                   

13                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28